UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

WILTON LOYD KING,　　　　　　　　)
　　　　　　　　　　　　　　　　　 )
　　　　　　Plaintiff,　　　　　　　 )
　　　　　　　　　　　　　　　　　 )　　**JUDGMENT IN A CIVIL CASE**
V.　　　　　　　　　　　　　　　　 )　　**CASE NO. 5:16-CV-693-D**
　　　　　　　　　　　　　　　　　 )
CMH HOMES, INC.,　　　　　　　　　)
　　　　　　　　　　　　　　　　　 )
　　　　　　Defendant.　　　　　　　)

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R [D.E. 28]. Plaintiff's complaint is DISMISSED with prejudice. Plaintiff's counsel is ORDERED to pay counsel for defendant $2,822.50 by July 21, 2017. Defendant's contingent motion to modify the scheduling order [D.E. 29] is DISMISSED as moot.

**This Judgment Filed and Entered on July 17, 2017, and Copies To:**

| | |
|---|---|
| Richard D. Allen | (via CM/ECF electronic notification) |
| Kip Nelson | (via CM/ECF electronic notification) |
| Patti West Ramseur | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

July 17, 2017　　　　　　　　　　　　 (By) /s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk